■ HOWARD GRAIN CORP., Formerly Known as BELL SIXTY CORP., Respondent, v. DONALD V. HOWARD, Appellant.— Motion to dismiss appeal from order denying motion to change the place of trial from New York County denied; cross motion, to the extent it seeks an order transferring appeal to the Appellate Division, First Judicial Department, granted, without costs. The appeal was erroneously taken to this court (CPLR 5711). Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur.

■ In the Matter of the BOARD OF EDUCATION OF THE UNION FREE SCHOOL DISTRICT No. 11, TOWN OF HEMPSTEAD, Appellant, v. EWALD P. NYQUIST, as Acting Commissioner of Education, et al., Respondents.— Motions for an adjournment and a stay of enforcement of the determination under review pending appeal denied, without costs. Respondent receiver of taxes is directed to retain custody of funds in dispute subject to further order of this court, without prejudice to a temporary investment of such funds in a special time deposit or certificates of deposit authorized by section 11 of the General Municipal Law, upon duly adopted resolution of both appellant and respondent boards of education authorizing such investment. Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur.

■

## (January 31, 1967)

■ In the Matter of the Application of CATHERINE E. DOUGHERTY, as Clerk of the City Court of the City of Glens Falls, Petitioner.— Application for an order pursuant to section 89 of the Judiciary Law directing the destruction of specified records granted. Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RENE PILON, Appellant.— Motion for permission to proceed as a poor person from order denying defendant's application to be furnished, without charge, copies of certain records, denied, on the ground that no appeal lies therefrom (Code Crim Pro., § 517). Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur.